UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                                               No. 20 CR 40

ALEXANDER MATIAS,

        Defendant.

--------------------------------------------------------x

## ORDER

The pre-trial conference currently scheduled to proceed on Thursday, April 9, 2020, at 2:30 p.m. will be conducted telephonically. Defense counsel must file a written notice as to whether defendant Alexander Matias waives his right to participate in the conference and, if the defense requests that the Court hear a bail application during the telephonic conference, the bail hearing. Any notice waiving the defendant's appearance and/or bail application must be filed with the Court by Wednesday, April 8, 2020, at 2:00 p.m. Any opposition by the Government must be filed by Thursday, April 9, 2020, at 10:00 a.m.

To access the call, the parties must dial 888-363-4734 and enter the access code 1527005. The security code is 1783. During the call, the participants are directed to observe the following rules:

1. Use a landline whenever possible.
2. Use a handset rather than a speakerphone.
3. All callers in to the line must identify themselves if asked to.
4. Identify yourself each time you speak.
5. <u>Mute</u> when you are not speaking to eliminate background noise.
6. Spell proper names.

Additionally, teleconference participants are reminded that, consistent with Court and Judicial Conference policies, no recording or retransmission of court proceedings is permitted by any person, including, but not limited to, the parties or the press. Anyone who is found to have been recording or retransmitting the Court proceeding will be subject to sanctions.

SO ORDERED.

Dated: New York, New York
April 8, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge