UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,

  -v-                                                                                No. 20 CR 40

ALEXANDER MATIAS,

        Defendant.

-------------------------------------------------------x

## ORDER

For the reasons stated on the record today, Mr. Matias' application for bail under 18 U.S.C. § 3142(i), docket entry no. 24, is denied.

SO ORDERED.

Dated: New York, New York
       April 9, 2020

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            United States District Judge