LAW OFFICES OF
# FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com

**MEMO ENDORSED**

February 10, 2021

VIA ECF
Hon. Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The within application is granted. The conference is adjourned to May 5, 2021, at 10:30 a.m. in Courtroom 17C. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through May 5, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE## 35 and 36 resolved.
> SO ORDERED.
> Dated: 2/10/2021
> /s/ Laura Taylor Swain, USDJ

Re: United States v. Alexander Matias
20 Cr. 040 (LTS)

Dear Judge Swain:

As Your Honor is aware, I represent Alexander Matias, the defendant in the above matter. I write to respectfully clarify my request, made earlier this week, that the conference/change of plea hearing currently set for February 24, 2021 be adjourned to a date late in April or early May when it appears more likely that an in-person hearing may be scheduled. Mr. Matias and I understand and appreciate that it may be possible for certain time-sensitive matters where a defendant is not willing to waive his/her appearance to be scheduled for in-person proceedings. However, given our continuing concerns with safety and health, we would ask that the matter be adjourned to a date when it should be a far safer environment. Mr. Matias does not wish to waive his right to appear in person at such adjourned hearing date. AUSA Jacob Gutwillig has no objection to this request.

I have spoken with Mr. Matias and he agrees to waive speedy trial time from February 24 through the date set by the Court for this conference so that he can continue to consider resolving the case by plea and for any further negotiations with the Government regarding its terms.

Thank you for your consideration.

Respectfully submitted,

Frederick L. Sosinsky

FLS:bms